JEMMA DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MARIAN L. MASSEY
Nevada Bar No. 14579
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *MMassey@GGTrialLaw.com*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BANKS, an individual, | Case No.: 3:25-cv-00392-MMD-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL** |
| TRUCKEE GAMING, LLC, a Delaware limited liability company; PLANTATION INVESTMENTS, LLC, dba RAIL CITY CASINO, a Delaware limited liability company; LAST CHANCE, LLC, dba GOLD RANCH CASINO & RV PARK, a Nevada limited liability company, | |
| Defendants | |

Pursuant to the Court's Order dated January 22, 2026 [ECF No. 30], Plaintiff Gregory Banks ("Plaintiff") and Defendants Truckee Gaming, LLC, Plantation Investments LLC dba Rail City Casino, and Last Chance, LLC dba Gold Ranch Casino & RV Park ("Defendants") (collectively the "Parties") by and through their respective counsel submit this Stipulation to Extend the Deadline to File the Stipulation for Dismissal.

/ / /

-1-
STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL

1. On January 22, 2026, the Parties attended an Early Neutral Evaluation with Judge Carla Baldwin and reached a confidential settlement.

2. The Court ordered the parties to submit a stipulation for dismissal of the case on or before March 23, 2026.

3. The parties have diligently worked together to finalize the settlement terms, but the parties require additional time to obtain the settlement proceeds and finalize the dismissal documents. The parties anticipate payment will be received and the settlement documentation will be submitted within the next forty-five (45) days.

4. The parties request a forty-five (45) day extension to submit the stipulation for dismissal in this case.

5. This is the first stipulation to extend the time for the parties to submit the stipulation for dismissal.

6. The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7. This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL

**IT IS SO STIPULATED.**

Dated this 24th day of March, 2026.

| | |
|---|---|
| */s/ Marian L. Massey, Esq.* | */s/ Jonathan A. McGuire, Esq.* |
| JEMMA E. DUNN | ELLEN JEAN WINOGRAD |
| Nevada Bar No. 16229 | Nevada Bar No. 815 |
| MATTHEW T. HALE | JONATHAN MCGUIRE |
| Nevada Bar No. 16880 | Nevada Bar No. 15280 |
| MARIAN L. MASSEY | **SIMONS HALL JOHNSTON P.C.** |
| Nevada Bar No. 14579 | 690 Sierra Rose Drive |
| **GREENBERG GROSS LLP** | Reno, Nevada 89511 |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | *Attorney for Defendants* |

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED: March 25, 2026.

-3-
STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL