SIMONS HALL JOHNSTON P.C.
ELLEN JEAN WINOGRAD, ESQ.
State Bar No. 815
Email: ewinograd@shjnevada.com
JONATHAN MCGUIRE, ESQ.
State Bar No. 15280
Email: jmcquire@shjnevada.com
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendants*
*Truckee Gaming, LLC, Plantation*
*Investments, LLC dba Rail City Casino*
*and Last Chance, LLC dba Gold Ranch*
*Casino & RV Park*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BANKS, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TRUCKEE GAMING, LLC, a Delaware limited liability company, PLANTATION INVESTNENTS, LLC dba RAIL CITY CASINO, a Delaware limited liability company, LAST CHANCE, LLC dba GOLD RANCH CASINO & RV PARK, a Nevada limited liability company,<br><br>　　　　　Defendants.<br>_____/ | Case No. 3:25-cv-00392-MMD-CSD<br><br>**STIPULATION AND ORDER**<br>**FOR DISMISSAL WITH PREJUDICE** |

Plaintiff GREGORY BANKS ("Plaintiff") and Defendants TRUCKEE GAMING, LLC, PLANTATION INVESTMENTS, LLC dba RAIL CITY CASINO, and LAST CHANCE, LLC dba GOLD RANCH CASINO & RV PARK ("Defendants") by and through its undersigned counsel of record, hereby stipulate and agree that the above-entitled action be dismissed in its entirety, with prejudice as against all parties, their employees, agents and predecessors, each party

/ / /

SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, NV 89511
Phone: (775) 785-0088

to pay its own attorney fees and costs. This dismissal is made in good faith.

DATED this 14th day of April, 2026.                DATED this 14th day of April, 2026.


GREENBERG GROSS, LLP                               SIMONS HALL JOHNSTON PC

*/s/ Marian L. Massey*                             */s/ Ellen Jean Winograd*

_____                           _____

JEMMA E. DUNN                                      ELLEN JEAN WINOGRAD
Nevada Bar No. 16229                               Nevada Bar No. 815
MATTHEW T. HALE                                    JONATHAN A. McGUIRE
Nevada Bar No. 16880                               Nevada Bar No. 15280
MARIAN L. MASSEY                                   690 Sierra Rose Drive
Nevada Bar No. 14579                               Reno, NV  89511
1980 Festival Plaza Drive, Suíte 730
Las Vegas, Nevada 89135                            Attorneys for Defendants
*Attorneys for Plaintiff*


The parties having stipulated to a dismissal of all parties with prejudice,

**IT IS SO ORDERED.**

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE
DATED: April 14, 2026